# UNITED STATES DISTRICT COURT

District of __NEVADA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ANTHONY L. NEWTON | **Judgment in a Criminal Case**<br>(For a Petty Offense)<br><br>Case No.  **2:10-mj-0553-PAL**<br>USM No.<br><br>**Debra Bookout, FPD**<br>Defendant's Attorney |

**THE DEFENDANT:**

X  **THE DEFENDANT** pleaded     X  guilty  ☐ nolo contendere to count(s)  **1**

☐  **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 36 CFR 4.23(a)(1) | Operating Motor Vehicle Under the Influence of Alcohol | 08/03/2010 | 1 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.

☐  **THE DEFENDANT** was found not guilty on count(s) _____

X  Count(s)  **2 - 4**       is   X are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.: __1997__ | 8/15/2011<br>Date of Imposition of Judgment |
| Defendant's Year of Birth: __1979__ | /s/ Peggy A. Leen<br>Signature of Judge |
| City and State of Defendant's Residence:<br>    Las Vegas, NV | PEGGY A. LEEN, U.S. MAGISTRATE JUDGE<br>Name and Title of Judge<br><br>8/15/2011<br>Date |

AO 245I (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
Sheet 2 — Imprisonment

Case 2:10-mj-00553-PAL-PAL   Document 18   Filed 08/15/11   Page 2 of 2

AO 245I  (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
Sheet 2 — Imprisonment

Judgment — Page  2  of  2

DEFENDANT: ANTHONY L. NEWTON
CASE NUMBER: 2:10-mj-0553-PAL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

### **30 DAYS**.

(Defendant's previously ordered sentencing obligations are VACATED)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL